STATE OF NEW JERSEY v. JAMES BELTON.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. MANUEL BELLO.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. LUTHER F. ALSTON.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. JULIUS D. BOWDEN.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN SADDLER.

Feb. 4, 1980.   Petition for certification denied.

STATE OF NEW JERSEY v. LORENZO MOTLEY.

Feb. 4, 1980.   Petition for certification denied.